Monica Cross v.
City of Chicago, CarMax Business Solutions     Adv Proc No: **18-00154**

Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, __James A. Brady__, certify that service of this summons and a copy of the complaint was made __5/1/2018__ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| City of Chicago | CarMax Business Services | CarMax Auto Finance | Anna M. Valencia |
|---|---|---|---|
| Department of Law | c/o Illinois Corporation Service | ATTN: Bankruptcy Dept. | Clerk of the City of Chicago |
| 121 N. LaSalle St., Ste. 600 | 801 Adlai Stevenson Dr. | 225 Chastain Meadows Ct., Ste. 210 | 121 N. LaSalle St., Rm. 107 |
| Chicago, IL 60602 | Springfield, IL 62703 | Kennesaw, GA 30144 | Chicago, IL 60602 |

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __5/1/2018__    Signature _____

Print Name:    James A. Brady

Business Address: LAF
120 S. LaSalle Street, Suite 900
Chicago, Illinois 60603

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. 18-00986
MONICA CROSS

Debtor

Adversary Proceeding No. 18-00154
MONICA CROSS

Plaintiff

v.

CARMAX BUSINESS SERVICES LLC
CITY OF CHICAGO, AN ILLINOIS MUNICIPAL CORPORATION

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** CARMAX BUSINESS SERVICES LLC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| James A Brady |
| 120 S. La Salle St. |
| # 900 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building | |
| 219 South Dearborn | **Status Hearing Date and Time** |
| Courtroom 682 | 06/07/2018 at 10:30AM |
| Chicago IL 60604 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**


Date Issued
05/01/2018

Jeffrey P. Allsteadt

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. 18-00986
MONICA CROSS

                                  Debtor

Adversary Proceeding No. 18-00154
MONICA CROSS

                                  Plaintiff

v.

CARMAX BUSINESS SERVICES LLC
CITY OF CHICAGO, AN ILLINOIS MUNICIPAL CORPORATION

                                  Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** CITY OF CHICAGO, AN ILLINOIS MUNICIPAL CORPORATION

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| James A Brady<br>120 S. La Salle St.<br># 900<br>Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom 682<br>Chicago IL 60604 | **Status Hearing Date and Time**<br>06/07/2018 at 10:30AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued 05/01/2018

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012