Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-00154
Monica Cross  )
  )  Chapter: 13
  )
  )  Honorable Jack B. Schmetterer
  )
Debtor(s)  )

### Order Dismissing Adversary Proceeding

The Debtor's Adversary Proceeding, 18-154, coming before this Court for status, Debtor and Adversary Defendant, CarMax Business Solutions agreeing to the valuation of the security (2009 Cadillac SRX) and the settlement between Debtor and the City of Chicago previously approved by this Court, it is ORDERED:

This adversary proceeding is hereby dismissed.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: NOV 7 - 2018

**Prepared by:**
James A. Brady
Attorney for Debtor
ARDC ID# 6206623
LAF
120 S. LaSalle St, Suite 900
Chicago, IL 60603
Phone: 312.347.8361